# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2026-0164
_____

JASON D. SPRADLIN,

Petitioner,

v.

AMANDA R. SPRADLIN,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 29, 2026

PER CURIAM.

DISMISSED.

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason D. Spradlin, pro se, Petitioner.

No appearance for Respondent.